**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILFREDO RODRIGUEZ,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **P.O. J.F. ULLOA #13936, P.O. C.** | ) | |
| **VALDEZ #17353, and the CITY OF** | ) | **JURY DEMAND** |
| **CHICAGO, a Municipal Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, WILFREDO RODRIGUEZ, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. J.F. ULLOA #13936, P.O. C. VALDEZ #17353, and the CITY OF CHICAGO, a Municipal Corporation, as follows:

## COUNT I – EXCESSIVE FORCE

1.      This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, WILFREDO RODRIGUEZ, accomplished by acts and/or omissions of the Defendants P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 committed under color of law.

2.      Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.      The Plaintiff, WILFREDO RODRIGUEZ was at all relevant times United States citizen and resident of the State of Illinois.

4.      At all relevant times the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353, were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5.      The City of Chicago is a statutory municipal corporation and the employer of the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353.

6.      On June 19, 2017, the Plaintiff, WILFREDO RODRIGUEZ, was accused of some crime on June 18, 2017.

7.      The Defendants found the Plaintiff in the vicinity of the 2800 block of North Sayer Avenue in Chicago, Illinois.

8.      The Plaintiff, WILFREDO RODRIGUEZ was not committing a crime or breaking any law when he was seized.

9.      One or more of the Defendants grabbed the Plaintiff's arm in a violent manner, yanking it up and severely injuring the Plaintiff.

10.      The use of force was unnecessary.

11.      The use of force was unreasonable.

12.      The Plaintiff, WILFREDO RODRIGUEZ was seriously injured.

13.      The actions of the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 were pursuant to the customs, policies, and practices of the Chicago Police Department.

14.      The actions of the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 violated the Plaintiffs constitutional rights as protected by 42 U.S.C. §1983.

15.      As a result of the actions of the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353, the Plaintiff suffered permanent injuries, pain, suffering, monetary loss, emotional distress, and psychological distress.

WHEREFORE, the Plaintiff, WILFREDO RODRIGUEZ, prays for judgement against the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 for reasonable compensatory damages, punitive damages, plus attorney's fees and costs.

## COUNT II – BATTERY

1-11.   The Plaintiff hereby realleges and incorporates his allegations of paragraphs 3-13 of Count I as his respective allegations or paragraphs 1-11 fully set forth herein.

12.     The actions of the Defendants constitute battery under Illinois State Law.

13.     As a result of the actions of the Defendants, the Plaintiff incurred pain, suffering, anxiety, permanent injury, monetary loss and future pain and suffering.

WHEREFORE, the Plaintiff, WILFREDO RODRIGUEZ, prays for judgement against the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 for reasonable compensatory damages, punitive damages, plus attorney's fees and costs.

## COUNT II – INDEMNIFICATION – CITY OF CHICAGO

1-15.   The Plaintiff, WILFREDO RODRIGUEZ, hereby realleges and incorporates his allegations of paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II though fully set forth herein.

16.     Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

17.     The Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should the Defendants, P.O. J.F. ULLOA #13936 and P.O. C. VALDEZ #17353 be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiff, WILFREDO RODRIGUEZ any judgment obtained against the Defendants.

<u>**JURY DEMAND**</u>

The Plaintiff, WILFREDO RODRIGUEZ hereby requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830